# GENERAL INFORMATION

Please fill out ALL the information requested in these forms. If a question or section does NOT apply to you, write "N / A" in the space. (N / A means "not applicable.") The more information you provide in these forms, the faster your bankruptcy petition can be prepared. There will be a delay if we need to verify or obtain more information concerning a specific asset, debt or creditor; so please provide as much detail as you can and fill in ALL the information requested on these forms. Thank you for taking the time to be thorough and complete, resulting in a faster turnaround.

| YOUR NAME, First | Middle (spell out) | Last |
|---|---|---|
| Nakia | Jerrime | Bedward |

| Social Security Number | Date of Birth |
|---|---|
| 076608232 | 10\22\1974 |

| Street Address |
|---|
| 1917 Glenwilton Drive |

| City | State | Zip |
|---|---|---|
| Richmond | VA | 23223 |

| County of Residence | Length of Time at This Address |
|---|---|
| Henrico | 6 years |

| Daytime Phone | Evening Phone | Mobile Phone |
|---|---|---|
| 347-988-6910 | | 347-988-6910 |

| Email Address |
|---|
| jerrime12@gmail.com |

MAILING ADDRESS - If you would like any correspondence by the bankruptcy court to be sent to a different mailing address than the physical address you provided above (i.e., PO Box, etc.), please provide that address below:

| SPOUSE'S NAME, First | Middle (spell out) | Last |
|---|---|---|
| n\a | | |

| Social Security Number | Date of Birth |
|---|---|
| | |

| Address (if living separately) |
|---|
| |

| City | State | Zip |
|---|---|---|
| | | |

RICHMOND DIVISION

FILED
APR 22 2020
CLERK
U.S. BANKRUPTCY COURT

Have you resided in the same county for at least 180 days (six (6) months)?  ☑Yes  ☐No

If not, where have you resided? _____

Are you filing this bankruptcy petition jointly with your spouse?  ☐Yes  ☑No

If "No", please select one:  ☑Unmarried  ☐Spouse Filing Separately  ☐Other Reason

If your spouse is not filing with you, does your spouse live in a different household?  ☐Yes  ☑No

Have you filed bankruptcy within the last eight (8) years?  ☐Yes  ☑No

If "Yes", provide date(s): _____

Have you met the Debt Counseling requirement for your state?  (Please check one of the choices below)

☑Counseling NOT Completed  ☐Received Counseling Within the past 180 Days
☐Request Waiver  ☐Does Not Apply to My District

**DATE COMPLETED**_____

## CURRENT AND HISTORICAL INCOME FOR YOU

Your Name as listed on your current paycheck stub  Nakia J Bedward

Date of Last Paycheck  03\19\2020 _____   Date of Next Paycheck  03\26\2020 _____

**Year-to-Date Total for this current year** $ 18,010.48

**VERY IMPORTANT!**  Gross Income last year $ 26,458.83    **Gross Income 2 Yrs Ago $** 0.00

Employer's Name  Tyson Sales and Distribution, Inc.

Address  P.O. Box 2020

City  Springdale _____  State  AR _____  Zip  72765

Telephone Number  800-933-6442

Length of Time at This Job?  Years  0 _____  Months  10 _____

Job Title (do not abbreviate)  truck driver

How often do you get paid? (check one)

☐ Every Week   ☐ Bi-Weekly (sometimes I get paid 3 times a month)

☐ Once a Month   ☐ semi-monthly (on the same 2 days of each month)

What is your "average" gross wage before deductions? $ 1419.00

"Average" amount of extra money you receive in overtime/commissions per pay period  $ 0.00

Total amount of taxes deducted (FICA, Federal, State, Local) from your paycheck  $ 367.12

What is the total amount deducted from your paycheck for insurance? $ 130.26

What is the total amount deducted from your paycheck for Union Dues? $ 0

Amount you pay in Alimony AND Child Support (if any) $ 192.94

Are you court ordered to pay this?  ☑ Yes ☐ No

Are there any other deductions from your paycheck?  ☑ Yes ☐ No   If so, how much? $ 92.49

What is this "other" deduction for?  employee stock pur   If 401k, how long have you participated? 7 months

How much additional income do you make monthly from a business, ebay, flea market etc? $ 0

Monthly Income from real property (rentals) $ 0 _____   Monthly Interests and Dividends $ 0

Monthly Alimony or Child Support received  $ 0 _____   Monthly Social Security         $ 0

Monthly Government Assistance        $ 0 _____   Monthly Food Stamps          $ 0

Monthly Public Assistance            $ 0 _____   Monthly Pension or Retirement  $ 0

Other Income (Reason and amount received monthly)?  n\a                      $ _____

Do you expect your income to change in the next 1 year? Explain: yes, due to annual raise

---

Do you have a second job? ☐ Yes ☑ No   If yes, name of employer: _____

Address _____

City _____  State _____  Zip _____

Telephone Number _____  Length of Time at this Job:  Years _____  Months _____

Job Title (do not abbreviate) _____

How often do you get paid? (check one)

☐ Every Week   ☐ Bi-Weekly (sometimes I get paid 3 times a month)

☐ Once a Month   ☐ semi-monthly (on the same 2 days of each month)

What is your "average" gross wage before deductions? $ _____

Year-to-Date Income: $ _____  Income Last year: $ _____  Income 2 Yrs Ago: $ _____

Do you receive income from a home-based business? ☐ Yes ☐ No  How much per month? $ _____

## CURRENT AND HISTORICAL INCOME FOR YOUR SPOUSE

Your Name as listed on your current paycheck stub _____

Date of Last Paycheck _____ Date of Next Paycheck _____

**Year-to-Date Total for this current year** $ _____

**VERY IMPORTANT!** Gross Income last year $ _____ **Gross Income 2 Yrs Ago** $ _____

Employer's Name _____

Address _____

City _____ State _____ Zip _____

Telephone Number _____

Length of Time at This Job? Years _____ Months _____

Job Title (do not abbreviate) _____

How often do you get paid? (check one)

☐ Every Week   ☐ Bi-Weekly (sometimes I get paid 3 times a month)

☐ Once a Month   ☑ semi-monthly (on the same 2 days of each month)

What is your "average" gross wage before deductions? $ _____

"Average" amount of extra money you receive in overtime/commissions per pay period $ _____

Total amount of taxes deducted (FICA, Federal, State, Local) from your paycheck $ _____

What is the total amount deducted from your paycheck for insurance? $ _____

What is the total amount deducted from your paycheck for Union Dues? $ _____

Amount you pay in Alimony AND Child Support (if any) $ _____

Are you court ordered to pay this? ☐ Yes ☑ No

Are there any other deductions from your paycheck? ☑ Yes ☐ No   If so, how much? $ _____

What is this "other" deduction for? _____ If 401k, how long have you participated? _____

How much additional income do you make monthly from a business, ebay, flea market etc? $ _____

Monthly Income from real property (rentals) $ _____ Monthly Interests and Dividends $ _____

Monthly Alimony or Child Support received $ _____ Monthly Social Security $ _____

Monthly Government Assistance $ _____ Monthly Food Stamps $ _____

Monthly Public Assistance $ _____ Monthly Pension or Retirement $ _____

Other Income (Reason and amount received monthly)? _____ $ _____

Do you expect your income to change in the next 1 year? Explain: _____

Do you have a second job? ☐ Yes ☑ No   If yes, name of employer: _____

Address _____

City _____ State _____ Zip _____

Telephone Number _____ Length of Time at this Job: Years _____ Months _____

Job Title (do not abbreviate) _____

How often do you get paid? (check one)

☐ Every Week   ☐ Bi-Weekly (sometimes I get paid 3 times a month)

☐ Once a Month   ☐ semi-monthly (on the same 2 days of each month)

What is your "average" gross wage before deductions? $ _____

Year-to-Date Income: $ _____ Income Last year: $ _____ Income 2 Yrs Ago: $ _____

Do you receive income from a home-based business? ☐ Yes ☐ No How much per month? $ _____

## SELF-EMPLOYED BUSINESS OWNERS - PROFIT AND LOSS (P&L)

If you have been self-employed during the past six (6) months, please list below the normal income and expenses your business generated for an average month. If you did not have an average monthly income due to extreme highs and lows in your business, estimate your total yearly income and divide by 12 to get the average monthly income. Use the same method of determining your average monthly expenses and enter those figures into the spaces below:

| | |
|---|---|
| Gross Income for 12 Months Prior to Filing | $ |
| Estimated Average Future Gross Monthly Income | $ |
| | |
| Net Payroll (Other than Self) | $ |
| Payroll Taxes | $ |
| Unemployment Taxes | $ |
| Workers Compensation | $ |
| Other Taxes | $ |
| Inventory Purchases | $ |
| Purchase of Feed/Fertilizer/etc. | $ |
| Rent (Other than Your Residence) | $ |
| Utilities | $ |
| Office Expenses and Supplies | $ |
| Repairs and Maintenance | $ |
| Vehicle Expenses | $ |
| Travel and Entertainment | $ |
| Equipment Rental and Leases | $ |
| Legal/Accounting/Professional Fees | $ |
| Insurance | $ |
| Employee Benefits | $ |
| Other _____ | $ |
| Other _____ | $ |
| Other _____ | $ |
| Other _____ | $ |

Did you withhold any earnings for tax purposes? ☐ Yes ☐ No
  If yes, how much did you withhold monthly?                $ _____

| | |
|---|---|
| **Total Monthly Income** | $ |
| **Total Monthly Expenses** | $ |
| **Business Profit** | $ |

Did you file income taxes for the years you operated your business? ☐ Yes ☐ No
If not, what years did you NOT file taxes? _____

# INFORMATION FOR MEANS TEST

| ☐ Means Test does NOT apply. Debtor(s) is a disabled veteran with debts incurred primarily during active duty or homeland defense. |
|---|

## DEPENDENTS

| Name | Age | Relationship to You | Is this Person / Child Living with You, and / or Claimed on your Taxes? |
|---|---|---|---|
| 1. n\a | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

## INCOME FOR LAST SIX (6) MONTHS

Provide the total amount of earned income (from all sources) that you received for the current month and last five (5) months - totaling six (6) months of income. DO NOT DEDUCT TAXES. The income you report below is NOT TAKE-HOME PAY but the TOTAL INCOME YOU ACTUALLY EARNED BEFORE TAXES WERE DEDUCTED.

### HUSBAND: Wages, salaries, tips, bonuses, overtime and commissions:

| Month: October 201 | Month: November 20 | Month December 2 | Month January 202 | Month Febuary 202 | Month March |
|---|---|---|---|---|---|
| 4615.13 | 3966.52 | 3797.82 | 5648.63 | 6717.98 | 6175.04 |

### WIFE: Wages, salaries, tips, bonuses, overtime and commissions:

| Month: | Month: | Month: | Month | Month | Month |
|---|---|---|---|---|---|
| | | | | | |

### HUSBAND: Income from operation of business, profession or farm:

| Month: | Month: | Month | Month: | Month | Month |
|---|---|---|---|---|---|
| | | | | | |

### WIFE: Income from operation of business, profession or farm:

| Month: | :Month | Month | Month | Month | Month |
|---|---|---|---|---|---|
| | | | | | |

### HUSBAND: Rents and other property income (not rent you paid, but rents paid to you):

| Month: | Month: | Month | Month: : | Month | Month |
|---|---|---|---|---|---|
| | | | | | |

**CONTINUED ON NEXT PAGE**

## INFORMATION FOR MEANS TEST CONTINUED

### WIFE: Rents and other property income (not rent you paid, but rents paid to you):

| Month: | Month: | Month | Month | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### HUSBAND: Interest income, dividends and royalties:

| Month: | Month: | Month | Month | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### WIFE: Interest income, dividends and royalties:

| Month: | Month: | Month | Month | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### HUSBAND: Pension and retirement income:

| Month: | Month: |  | Month: | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### WIFE: Pension and retirement income:

| Month: | Month: | Month | Month: | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### HUSBAND: Income received from others who are not filing bankruptcy with you who contribute money to the household expenses:

| Month: | Month: | Month | Month | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### WIFE: Income received from others who are not filing bankruptcy with you who contribute money to the household expenses:

| Month: | Month: | Montht | Month | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### HUSBAND: Unemployment compensation:

| Month: | Month: | Month | Month | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### WIFE: Unemployment compensation:

| Month: | Month: | Month | Month | Month | Month |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**CONTINUED ON NEXT PAGE**

# INFORMATION FOR MEANS TEST CONTINUED

### HUSBAND: Income from other sources not provided for above:

| Month: | Month: | | Month | Month | Month |
|---|---|---|---|---|---|
| | | | | | |

### WIFE: Income from other sources not provided for above:

| Month: | Month: | Month | Month | Month | Month |
|---|---|---|---|---|---|
| | | | | | |

## OTHER INFORMATION

Have you or your spouse been known by any other name during the past 8 years?   ☐ Yes   ☑ No
(Example: maiden name, last name from previous marriage, legal name change, etc.)

If yes, write the NAME KNOWN AS and DATE(S) THIS NAME WAS USED below:

Name Used _____   Dates Used _____   Thru _____

Name Used _____   Dates Used _____   Thru _____

Has your income significantly increased or decreased during the past six (6) months?
If so, please provide details below:

no.

# MONTHLY BUDGET

This form is necessary to determine how much you spend each month on living expenses. Be sure to write in the MONTHLY (not yearly) amounts in the spaces below each expenditure. For utilities, your bill may be higher in the winter than in the summer, so write an amount that is "average" covering the whole twelve (12) month period.

**Housing Expenses**

Rent (If You Don't Own Your Home) $850.00

First Mortgage Payment or

Mobile Home Monthly Payment $

Second Mortgage (If Applicable) $

Third Mortgage (If Applicable) $

Lot Payment (If Applicable) $

Are Real Estate Taxes Included in

Your Mortgage Payment? ☐Yes ☒No

Taxes Not Included in House Payment $

Is Your Homeowner's Insurance Included in Your Mortgage Payment? ☐Yes ☒No

Insurance Not Included in House Payment $

**Utilities (Normal Monthly Average)**

Electricity and Gas $92.00

Water $18.00

Telephone: Home Phone $56.00

Telephone: Cellular / Mobile $190.00

Trash Pick-up $18.00

**Basic Needs**

Home Maintenance (If You Own a Home) $

Food (Monthly) $150.00

Clothing (Monthly Expense) $450.00

Laundry, Dry Cleaning, Soap, Etc. $65.00

Medical Expenses Not Paid by Insurance $265.00

**Transportation**

Gasoline / Auto Maintenance $120.00

Recreation / Entertainment $80.00

Charitable Giving (If Claimed on Taxes) $

**Insurance**

Renters Insurance $

Life Insurance (Other than Employer) $85.00

Health Insurance (Other than Employer) $

Automobile Insurance $

Other Insurance $

**Taxes**

Are any other taxes deducted from your wages? ☐Yes ☒No

Other Taxes _____ $

**Other Expenses**

Alimony and/or Child Support $769.20

Payments for Someone Outside

Your Home $0

Union Dues $0

Internet Access $75.00

Cable/Satellite TV $42.00

Professional Dues (Not Payroll Deducted) $0

Child Care Expenses $0

Babysitter/Day Care Expenses $0

School Expenses $0

School Lunch Expenses $0

College Tuition (Not Loans) $0

Student Loan Repayment $0

Newspapers, Books, Magazines $20.00

Personal Care Items $200.00

Home Security Monitoring $80.00

Other satellite radio $49.95

Other $

Other $

Use the space below to describe any additional monthly expenses that you must pay out of your pocket that are not covered here. Explain the type of expense, amount of expense and how long you will continue to have this expense:

_____

_____

_____

_____

_____

Do you expect your budget to change in the next 1 year? Explain: no.

**NOTICE: IF YOU OWN A MOBILE HOME, PLEASE FILL OUT THE NEXT PAGE**

# YOUR REAL ESTATE

☐ Check this box if you have a homestead exemption that exceeds $125,000.00

USE SEPARATE PAGES FOR EVERY SEPARATE PIECE OF REAL ESTATE THAT YOU OWN.

Check the type of real estate you own:   ☐ **House**   ☐ **Condominium**   ☐ **Vacant Lot**   ☐ **Other**

Name(s) on Deed  n\a _____

Address of Real Estate _____

Description of Real Estate: (example: 1,250 square foot home with 2 bedrooms, 2 baths, attached 2-car garage situated on 2 acres of ground with outbuildings) _____
_____

Name of Mortgage Company _____

Address _____

City _____ State _____ Zip _____

Account Number _____ Date obtained this mortgage _____

What are the monthly payments?  $_____   What is the payoff amount? $_____

Are you behind on payments? ☐**Yes** ☒**No**  If so, which months? _____

Does payment include taxes? ☐**Yes** ☒**No**   Does payment include insurance? ☐**Yes** ☒**No**

What interest rate do you pay? _____% Amount to catch up back payments? $_____

What year was your real estate last appraised? _____ What was the appraised value? $_____

Do you have a 2nd mortgage on the real estate?   ☐**Yes** ☒**No**  Intention:☒**Keep** ☐**Surrender**

_____

Name of Mortgage Company _____

Address _____

City _____ State _____ Zip _____

Account Number _____ Date obtained this mortgage _____

What are the monthly payments?  $_____   What is the pay-off amount? $_____

Are you behind on payments? ☐**Yes** ☐**No**   If so, which months? _____

What interest rate do you pay? _____% Amount to catch up back payments? $_____

_____

Name of Collector or Attorney _____

Address _____

City _____ State _____ Zip _____

Is this real estate in the process of foreclosure or replevin action?   ☐**Yes** ☒**No**

If in collection, please provide a <u>copy</u> of the court documents you were served.

☐ Check this box if you have a homestead
exemption that exceeds $125,000.00

# YOUR MOBILE HOME

PRINT OUT ADDITIONAL PAGES FOR EVERY MOBILE HOMES THAT YOU OWN.

Name(s) on title n\a _____

Address of mobile home _____

Are the wheels completely removed and the mobile home attached to the ground?   ☐Yes  ☐No

Does the home sit in a mobile home park? ☐Yes  ☐No   What is the monthly lot rent? $_____

Does your mobile home sit on a piece of ground you own?☐Yes  ☐No   Size of lot _____

Do you make separate payments for the ground your mobile home sits on?   ☐Yes  ☐No

If so, explain:_____

If you own the ground free and clear, what is the resale value for this piece of ground? $_____

Description of Mobile Home: (example: 28x40 double-wide, 2 bedrooms, 1 bath, on wheels with
skirting and steps and 1 outbuilding shed, situated in mobile home park.)   _____

_____

Name of Mortgage Company _____

Address _____

City _____ State _____ Zip _____

Account Number _____ Date obtained this mortgage_____

What are the monthly payments? $_____      What is the pay-off amount? $_____

Are you behind on payments? ☐Yes  ☐No   If so, which months? _____

What interest rate do you pay? _____ % Amount to catch up back payments? $_____

What year was your mobile home last appraised? _____   What was the appraised value? $_____

Do you have a 2nd mortgage on this mobile home?   ☐Yes ☐No  Intention:☐Keep ☐Surrender

Name of Mortgage Company _____

Address _____

City _____ State _____ Zip _____

Account Number _____ Date obtained this mortgage_____

What are the monthly payments? $_____      What is the pay-off amount? $_____

Are you behind on payments?☐Yes  ☐No   If so, which months? _____

What interest rate do you pay? _____ % Amount to catch up back payments? $_____

Name of Collector or Attorney _____

Address _____

City _____ State _____ Zip _____

Is this real estate in the process of foreclosure or replevin action?   ☐Yes  ☐No

If in collection, please provide a <u>copy</u> of the court documents you were served.

# YOUR HOUSEHOLD INVENTORY

Please check the items below that you currently have in your home.  Bolded items are most common.
Then, **provide the "Yard Sale" VALUE of each item**

|  | "Yard Sale" Value |  |  | "Yard Sale" Value |
|---|---|---|---|---|
| ☐ **Stove/Cooking Unit** | $ 200 | | ☐ Paintings/Art | $ |
| ☐ **Refrigerator** | $ 200 | | Describe item(s): | |
| ☐ **Washer/Dryer** | $ | | | |
| ☐ **Microwave** | $ 30 | | ☐ **Carpenter Tools** | $ |
| ☐ **Dishwasher** | $ | | Describe item(s): | |
| ☐ **Cooking Utensils** | $ 10 | | | |
| ☐ **Silverware/Flatware** | $ 5 | | ☐ **Mechanic Tools** | $ |
| ☐ **Cookware (Pots/Pans)** | $ 75 | | Describe item(s): Misc hand tools | |
| ☐ **Dining Room Furniture** | $ | | | |
| ☐ **Tables and Chairs** | $ | | ☐ Guns and Firearms | $ |
| ☐ **Bedroom Furniture** | $ 100 | | Describe item(s): | |
| ☐ **Television(s)** | $ 100 | | | |
| ☐ **Satellite or Cable Equipment** | $ | | ☐ **Lawnmower** | $ |
| ☐ **VCR/DVD Players** | $ | | ☐ Boats | $ |
| ☐ **DVD's** | $ | | ☐ Trailers | $ |
| ☐ **Compact Discs** | $ | | ☐ Campers | $ |
| ☐ All Other Stereo Equipment | $ | | ☐ **Yard Tools/Equipment** | $ |
| Describe item(s): | | | ☐ Swimming Pool | $ |

|  | "Yard Sale" Value |
|---|---|
| ☐ **Cellular / Mobile Phones** | $ 200 |
| ☐ **Living Room Furniture** | $ 250 |
| ☐ **Dressers/Night Stands** | $ 40 |
| ☐ **Lamps and Accessories** | $ 15 |
| ☐ **Wedding Rings** | $ |
| ☐ **Other Jewelry / Watches** | $ 60 |
| Describe item(s): | |

| **Other Assets** | |
|---|---|
| Rent Deposit with Landlord | $ 850 |
| Name of Landlord: michelle morrow | |
| Address: 845 wales drive | |
| City richmond    State va    Zip 23223 | |
| ☐ Government Bonds | $ |
| ☐ Certificates of Deposit (CD) | $ |
| ☐ Copyrights/Patents | $ |
| ☐ Aircraft | $ |
| ☐ Interest in Education IRA | $ |
| ☐ Customer lists | $ |
| ☐ Food Storage (up to 12 mo) | $ |
| ☐ 49.95 | $ |
| ☐ 49.95 | $ |
| ☐ 49.95 | $ |
| ☐ 49.95 | $ |
| ☐ 49.95 | $ |
| ☐ 49.95 | $ |
| ☐ 49.95 | $ |
| ☐ 49.95 | $ |

|  | "Yard Sale" Value |
|---|---|
| ☐ Furs | $ |
| ☐ **Computer(s)** | $ 75 |
| ☐ **Computer Printers/Fax Mach** | $ |
| ☐ **Desks/Office Furniture** | $ |
| ☐ **Other Computer Equipment** | $ |
| Describe item(s): | |

|  | "Yard Sale" Value |
|---|---|
| ☐ **Photography Equipment** | $ 120.00 |
| ☐ **All Clothing** | $ 360 |
| ☐ Collectibles | $ |
| Describe Item(s): | |

# INVENTORY OF FINANCIAL ACCOUNTS

List all financial accounts, including checking, savings, 401k or other Retirement, PayPal, etc. Make copies of this page if you have more accounts to report.

**Name of Bank** navy federal credit union
**Address of Branch** 5445 Glenside drive
**City** richmond                          **State** va            **Zip** 23228
**Type of Account:** ☒Checking ☐Savings ☐401k ☐Other (list type) _____
**Name(s) on Account** nakia bedward
**Account Number** 7091811211                **Current Balance** $284.58

**Name of Bank** navy federal credit union
**Address of Branch** 5445 Glenside drive
**City** richmond                          **State** va            **Zip** 23228
**Type of Account:** ☒Checking ☐Savings ☐401k ☐Other (list type) _____
**Name(s) on Account** nakia bedward and sakina bogan
**Account Number** 3002749335                **Current Balance** $0.71

**Name of Bank** virginia credit union
**Address of Branch** 5285 S.Llaburnum drive
**City** richmond                          **State** va            **Zip** 23231
**Type of Account:** ☒Checking ☐Savings ☐401k ☐Other (list type) _____
**Name(s) on Account** nakia j bedward
**Account Number** 5005266324                **Current Balance** $36.00

**Name of Bank** _____
**Address of Branch** _____
**City** _____                          **State** _____            **Zip** _____
**Type of Account:** ☐Checking ☐Savings ☐401k ☐Other (list type) _____
**Name(s) on Account** _____
**Account Number** _____                **Current Balance** $_____

**Name of Bank** _____
**Address of Branch** _____
**City** _____                          **State** _____            **Zip** _____
**Type of Account:** ☐Checking ☐Savings ☐401k ☐Other (list type) _____
**Name(s) on Account** _____
**Account Number** _____                **Current Balance** $_____

NOTES: _____
_____
_____

## INVENTORY OF FINANCIAL ACCOUNTS CONTINUED

List all financial accounts, including checking, savings, 401k or other Retirement, PayPal, etc.  Make copies of this page if you have more accounts to report.

Name of Bank  _____
Address of Branch_____
City _____ State_____ Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Current Balance $_____

Name of Bank  _____
Address of Branch_____
City _____ State_____ Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Current Balance $_____

Name of Bank  _____
Address of Branch_____
City _____ State_____ Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Current Balance $_____

Name of Bank  _____
Address of Branch_____
City _____ State_____ Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Current Balance $_____

Name of Bank  _____
Address of Branch_____
City _____ State_____ Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Current Balance $_____

NOTES: _____
_____
_____

## YOUR MOTOR VEHICLES

Motor vehicles include cars, trucks, SUV's, motorcycles, four wheelers/ATV's, motor homes, boats, trailers, campers, tractors, airplanes, etc., that are titled in your name or your spouse's name

Print more sheets if you own more than four (4) vehicles.

Type: ☐Automobile ☐Truck ☐Motorcycle ☐Mobile Home (title only) ☐Other: _____
Year _____ Make _____ Model _____ Style _____ ☐2 dr ☑4 dr ☐Other
Vehicle Identification Number (VIN #) - *VERY IMPORTANT* _____
If vehicle is a truck, check all that apply: ☐Long Bed   ☐Short bed   ☐4 Wheel Drive
   ☐½ Ton  ☐¾ Ton  ☐Standard Cab  ☐Ext Cab  ☐Quad Cab  ☐Crew Cab (4 reg doors)
Condition: ☑Excellent  ☐Good  ☐Fair  ☐Poor  ☐Not Running   Mileage _____
Engine: ☐4 Cylinder ☑6 Cylinder ☐8 Cylinder      Liters:_____
Transmission: ☐Automatic  ☐Manual (4-speed, 5-speed, etc.)     KBB Value _____
Name(s) on vehicle title? _____

Is vehicle leased? ☐Yes ☑No   If yes, what is the "buy out" on the lease? $ _____
Name of company you make payments to for this vehicle: _____
Address _____
City _____ State _____ Zip _____
Account Number _____ Date loan established _____
Monthly payment?$_____ How many months are you behind on payments? _____
What is the pay-off amount on this vehicle? $_____   Check one: ☑Keep  ☐Surrender
Interest rate of auto loan: _____%     Month and year this will be paid off: _____
Have you listed this vehicle as collateral for a title loan / quick loan / personal loan?   ☐Yes  ☑No
If so, name and address of loan company for personal loan: _____

Type: ☑Automobile ☐Truck ☐Motorcycle ☐Mobile Home (title only) ☐Other: _____
Year _____ Make _____ Model _____ Style _____ ☐2 dr ☐4 dr ☑Other
Vehicle Identification Number (VIN #) - *VERY IMPORTANT* _____
If vehicle is a truck, check all that apply: ☐Long Bed   ☐Short bed   ☑4 Wheel Drive
   ☑½ Ton  ☐¾ Ton  ☐Standard Cab  ☐Ext Cab  ☐Quad Cab  ☐Crew Cab (4 reg doors)
Condition: ☐Excellent  ☐Good  ☑Fair  ☐Poor  ☐Not Running   Mileage _____
Engine: ☑4 Cylinder ☐6 Cylinder ☐8 Cylinder      Liters:_____
Transmission: ☐Automatic  ☑Manual (4-speed, 5-speed, etc.)   KBB VALUE _____
Name(s) on vehicle title? _____

Is vehicle leased? ☐Yes ☑No   If yes, what is the "buy out" on the lease? $ _____
Name of company you make payments to for this vehicle: _____
Address _____
City _____ State _____ Zip _____
Account Number _____ Date loan established _____
Monthly payment?$_____ How many months are you behind on payments? __0____
What is the pay-off amount on this vehicle? $_____   Check one: ☑Keep  ☐Surrender
Interest rate of auto loan: _____%     Month and year this will be paid off: _____
Have you listed this vehicle as collateral for a title loan / quick loan / personal loan?   ☐Yes  ☑No
If so, name of loan company for personal loan: _____

## YOUR MOTOR VEHICLES CONTINUED

Motor vehicles include cars, trucks, SUV's, motorcycles, four wheelers/ATV's, motor homes, boats, trailers, campers, tractors, airplanes, etc., that are titled in your name *or* your spouse's name

Print more sheets if you own more than four (4) vehicles.

Type: ☐Automobile  ☐Truck  ☐Motorcycle  ☐Mobile Home (title only)  ☐Other: _____
Year_____  Make_____  Model _____  Style _____ ☐2 dr ☐4 dr ☐Other
Vehicle Identification Number (VIN #) - *VERY IMPORTANT* _____
If vehicle is a truck, check all that apply: ☐Long Bed  ☐Short bed  ☐4 Wheel Drive
     ☐½ Ton  ☐¾ Ton  ☐Standard Cab  ☐Ext Cab  ☐Quad Cab  ☐Crew Cab (4 reg. doors)
Condition: ☐Excellent  ☐Good  ☐Fair  ☐Poor  ☐Not Running  Mileage _____
Engine: ☐4 Cylinder  ☐6 Cylinder  ☐8 Cylinder  Liters:_____
Transmission: ☐Automatic  ☐Manual (4-speed, 5-speed, etc.)  KBB VALUE _____
Name(s) on vehicle title? _____

Is vehicle leased? ☐Yes  ☐No  If yes, what is the "buy out" on the lease? $ _____
Name of company you make payments to for this vehicle: _____
Address _____
City _____ State _____ Zip _____
Account Number _____ Date loan established _____
Monthly payment? $_____ How many months are you behind on payments? _____
What is the pay-off amount on this vehicle? $_____ Check one: ☐Keep ☐Surrender
Interest rate of auto loan: _____% Month and year this will be paid off: _____
Have you listed this vehicle as collateral for a title loan / quick loan / personal loan? ☐Yes ☐No
If so, name of loan company for personal loan: _____

Type: ☐Automobile  ☐Truck  ☐Motorcycle  ☐Mobile Home (title only)  ☐Other: _____
Year_____  Make_____  Model _____  Style _____ ☐2 dr ☐4 dr ☐Other
Vehicle Identification Number (VIN #) - *VERY IMPORTANT* _____
If vehicle is a truck, check all that apply: ☐Long Bed  ☐Short bed  ☐4 Wheel Drive
     ☐½ Ton  ☐¾ Ton  ☐Standard Cab  ☐Ext Cab  ☐Quad Cab  ☐Crew Cab (4 reg doors)
Condition: ☐Excellent  ☐Good  ☐Fair  ☐Poor  ☐Not Running  Mileage _____
Engine: ☐4 Cylinder  ☐6 Cylinder  ☐8 Cylinder  Liters:_____
Transmission: ☐Automatic  ☐Manual (4-speed, 5-speed, etc.)  KBB VALUE _____
Name(s) on vehicle title? _____

Is vehicle leased? ☐Yes  ☐No  If yes, what is the "buy out" on the lease? $ _____
Name of company you make payments to for this vehicle: _____
Address _____
City _____ State _____ Zip _____
Account Number _____ Date loan established _____
Monthly payment? $_____ How many months are you behind on payments? _____
What is the pay-off amount on this vehicle? $_____ Check one: ☐Keep ☐Surrender
Interest rate of auto loan: _____% Month and year this will be paid off: _____
Have you listed this vehicle as collateral for a title loan / quick loan / personal loan? ☐Yes ☐No
If so, name of loan company for personal loan: _____

# DEBT SHEET (1 OF 5)

- COPY MORE PAGES IF YOU HAVE MORE THAN 15 TOTAL DEBTS
- LIST <u>ALL</u> DEBTS, NOT JUST DEBTS YOU WANT TO LIST...EVEN LOANS FROM RELATIVES

---

**Name of Creditor** KOOL Smiles

**Address** 5002 Airport Road NW #30

**City** Roanoke   **State** VA   **Zip** 24012

Total amount you owe on this debt $79.00   Account Number _____

Month and year you originally obtained this debt or established credit June 2019

If this debt is for a credit card, what month and year did you last make a purchase? _____

What is this debt for?   ☒Medical ☐Credit Card ☐Loan ☐Other_____

Who is financially responsible for this debt?   ☒Husband ☐Wife ☐Both ☐Other_____

Has this debt been turned over to a collection agency?   ☒Yes ☐No

**Name of collection agency or law firm** I.C. System, Inc.

**Address** PO Box 64378

**City** Saint Paul   **State** MN   **Zip** 55164

---

**Name of Creditor** American Express

**Address** PO Box 981537

**City** El Paso   **State** TX   **Zip** 79998

Total amount you owe on this debt $5783.00   Account Number _____

Month and year you originally obtained this debt or established credit December 2017

If this debt is for a credit card, what month and year did you last make a purchase? April 2018

What is this debt for?   ☐Medical ☒Credit Card ☐Loan ☐Other_____

Who is financially responsible for this debt?   ☒Husband ☐Wife ☐Both ☐Other_____

Has this debt been turned over to a collection agency?   ☐Yes ☒No

**Name of collection agency or law firm** _____

**Address** _____

**City** _____   **State** _____   **Zip** _____

---

**Name of Creditor** Cox Communications

**Address** PO Box 53249

**City** Pheonix   **State** AZ   **Zip** 85072

Total amount you owe on this debt $93.21   Account Number 035020809001

Month and year you originally obtained this debt or established credit January 2018

If this debt is for a credit card, what month and year did you last make a purchase? _____

What is this debt for?   ☐Medical ☐Credit Card ☐Loan ☒Other cable televison

Who is financially responsible for this debt?   ☒Husband ☐Wife ☐Both ☐Other_____

Has this debt been turned over to a collection agency?   ☒Yes ☐No

**Name of collection agency or law firm** RGS Financial

**Address** 1700 Jay Ell Drive #200

**City** Richardson   **State** TX75081   **Zip** _____

# DEBT SHEET (1 OF 5 )

- COPY MORE PAGES IF YOU HAVE MORE THAN 15 TOTAL DEBTS
- LIST ALL DEBTS, NOT JUST DEBTS YOU WANT TO LIST...EVEN LOANS FROM RELATIVES

---

**Name of Creditor** capital one\walmart
**Address** 15000 capital one drive
City richmond                                    State va          Zip 23238
Total amount you owe on this debt $804          Account Number
Month and  year you originally obtained this debt or established credit august 2016
If this debt is for a credit card, what month and year did you last make a purchase? june 2019
What is this debt for?   ☐Medical  ☑Credit Card  ☐Loan  ☐Other
Who is financially responsible for this debt?   ☐Husband  ☐Wife  ☐Both  ☑Other friend

Has this debt been turned over to a collection agency?      ☑Yes  ☐No
**Name of collection agency or law firm** capital one
**Address** P.O. Box 965024
City Orlando                                     State FL          Zip 32896

---

**Name of Creditor** verizon
**Address** p.o. box 489
City newark                                      State nj          Zip 07101-0489
Total amount you owe on this debt $1,087.77     Account Number 589232847-00001
Month and  year you originally obtained this debt or established credit july 2019
If this debt is for a credit card, what month and year did you last make a purchase?
What is this debt for?   ☐Medical  ☐Credit Card  ☐Loan  ☑Other mobile phone
Who is financially responsible for this debt?   ☑Husband  ☐Wife  ☐Both  ☐Other

Has this debt been turned over to a collection agency?      ☑Yes  ☐No
**Name of collection agency or law firm** convergent outsourcing,inc
**Address** 800 SW 39th st, suite #100/po box 9004
City renton                                      State wa          Zip 98057

---

**Name of Creditor** speedy cash
**Address** broad street
City richamond                                   State va          Zip 23219
Total amount you owe on this debt $581.78       Account Number 0169-P-007033191
Month and  year you originally obtained this debt or established credit
If this debt is for a credit card, what month and year did you last make a purchase?
What is this debt for?   ☐Medical  ☐Credit Card  ☑Loan  ☐Other
Who is financially responsible for this debt?   ☑Husband  ☐Wife  ☐Both  ☐Other

Has this debt been turned over to a collection agency?      ☑Yes  ☐No
**Name of collection agency or law firm** ad astra recovery services, inc
**Address** 7330 w. 33rd street n., suite 118
City Wichita                                     State KS          Zip 67205

# DEBT SHEET (2 OF 5)

- COPY MORE PAGES IF YOU HAVE MORE THAN 30 TOTAL DEBTS
- LIST ALL DEBTS, NOT JUST DEBTS YOU WANT TO LIST...EVEN LOANS FROM RELATIVES

**Name of Creditor** Henrico Federal Credit Union

**Address** 9401 W. Broad Street

**City** Henrico                                **State** VA          **Zip** 23294

Total amount you owe on this debt $1108.46      Account Number _____

Month and year you originally obtained this debt or established credit 06\2016

If this debt is for a credit card, what month and year did you last make a purchase? _____

What is this debt for?   ☐Medical ☐Credit Card ☐Loan ☑Other bank fees

Who is financially responsible for this debt?   ☐Husband ☐Wife ☐Both ☐Other_____

Has this debt been turned over to a collection agency?   ☑Yes ☐No

**Name of collection agency or law firm** Edward S. Whitlock, III/ Jennifer S. Wheeler

**Address** 10160 Staples Mill Road, Ste.105

**City** Glen Allen                              **State** VA          **Zip** 23060

**Name of Creditor** Henrico County Circuit Court

**Address** 4309 E. Parham Rd

**City** Richmond                                **State** VA          **Zip** 23228

Total amount you owe on this debt $2674.27     Account Number file # 202001171

Month and year you originally obtained this debt or established credit _____

If this debt is for a credit card, what month and year did you last make a purchase? _____

What is this debt for?   ☐Medical ☐Credit Card ☐Loan ☑Other unpaid fines and costs

Who is financially responsible for this debt?   ☑Husband ☐Wife ☐Both ☐Other_____

Has this debt been turned over to a collection agency?   ☑Yes ☐No

**Name of collection agency or law firm** Ballato Law Firm, PC

**Address** 3721 Westerre Parkway Suite A

**City** Richmond                                **State** VA          **Zip** 23233

**Name of Creditor** CDS Tractor Trailer Training

**Address** 13101 Jefferson Davis Highway, Moyer Hall Office M219

**City** Chester                                 **State** VA          **Zip** 23831

Total amount you owe on this debt $5132.20     Account Number V19-7758

Month and year you originally obtained this debt or established credit _____

If this debt is for a credit card, what month and year did you last make a purchase? _____

What is this debt for?   ☐Medical ☐Credit Card ☐Loan ☑Other training

Who is financially responsible for this debt?   ☑Husband ☐Wife ☐Both ☐Other_____

Has this debt been turned over to a collection agency?   ☑Yes ☐No

**Name of collection agency or law firm** Joseph A.C. Synan

**Address** P.O. Box 7014

**City** Fredericksburg                          **State** VA          **Zip** 22404

# DEBT SHEET (3 OF 5)

- COPY MORE PAGES IF YOU HAVE MORE THAN 30 TOTAL DEBTS
- LIST <u>ALL</u> DEBTS, NOT JUST DEBTS YOU WANT TO LIST...EVEN LOANS FROM RELATIVES

---

**Name of Creditor** Commonwealth of Virginia
Address P.O Box 2402
City Richamond                                      State VA          Zip 23218
Total amount you owe on this debt $1055.26          Account Number 07660823200
Month and year you originally obtained this debt or established credit January 21,2020
If this debt is for a credit card, what month and year did you last make a purchase?
What is this debt for?    ☐Medical  ☐Credit Card  ☐Loan  ☑Other Outstanding liabilities
Who is financially responsible for this debt?    ☑Husband ☐Wife ☐Both ☐Other

Has this debt been turned over to a collection agency?    ☑Yes ☐No
**Name of collection agency or law firm** Commonwealth of Virginia Court Debt Collections Office
Address P.O box 2402
City Richmond                                       State VA          Zip 23218

---

**Name of Creditor** Shippers' Choice of Virginia, Inc.-DBA American Credit Company
Address P.O. Box 12173
City Norfolk                                        State VA          Zip 23541
Total amount you owe on this debt $5759.09          Account Number GV16022036-01
Month and year you originally obtained this debt or established credit November 2016
If this debt is for a credit card, what month and year did you last make a purchase?
What is this debt for?    ☐Medical  ☐Credit Card  ☐Loan  ☑Other truck driving school
Who is financially responsible for this debt?    ☑Husband ☐Wife ☐Both ☐Other

Has this debt been turned over to a collection agency?    ☑Yes ☐No
**Name of collection agency or law firm** Jormandy L.L.C.
Address 6363 Center Drive, building 6, Suite 203
City Norfolk                                        State VA          Zip 23502

---

**Name of Creditor** Commonwealth of Virginia
Address P.O. Box 2402
City Richmond                                       State A           Zip 23218
Total amount you owe on this debt $667.77           Account Number 99999823200
Month and year you originally obtained this debt or established credit August 2019
If this debt is for a credit card, what month and year did you last make a purchase?
What is this debt for?    ☐Medical  ☐Credit Card  ☐Loan  ☑Other unpaid liabilities
Who is financially responsible for this debt?    ☑Husband ☐Wife ☐Both ☐Other

Has this debt been turned over to a collection agency?    ☑Yes ☐No
**Name of collection agency or law firm** Commonwealth of Virginia Court Debt Collections Office
Address P.O. Box 2402
City Richmond                                       State VA          Zip 23218

# DEBT SHEET (4 OF 5)

- COPY MORE PAGES IF YOU HAVE MORE THAN 30 TOTAL DEBTS
- LIST <u>ALL</u> DEBTS, NOT JUST DEBTS YOU WANT TO LIST...EVEN LOANS FROM RELATIVES

---

**Name of Creditor** SYNCB\Jewelry Custom
**Address** C\O P.O. Box 965036
**City** Orlando                                     **State** FL        **Zip** 32896
Total amount you owe on this debt $ 6545.00        Account Number
Month and  year you originally obtained this debt or established credit December 2017
If this debt is for a credit card, what month and year did you last make a purchase? December 2017
What is this debt for?    ☐Medical  ☒Credit Card  ☐Loan  ☐Other Jewelry
Who is financially responsible for this debt?    ☒Husband ☐Wife ☐Both ☐Other

Has this debt been turned over to a collection agency?        ☐Yes  ☒No
**Name of collection agency or law firm**
**Address**
**City**                                           **State**            **Zip**

---

**Name of Creditor** Capital One Bank USA NA
**Address** P.O. Box 85015
**City** Richmond                                       **State**            **Zip** 23285
Total amount you owe on this debt $ 1319.00        Account Number
Month and  year you originally obtained this debt or established credit December 2013
If this debt is for a credit card, what month and year did you last make a purchase? October 2019
What is this debt for?    ☐Medical  ☒Credit Card  ☐Loan  ☐Other
Who is financially responsible for this debt?    ☐Husband ☐ Wife ☐Both ☒Other cousin

Has this debt been turned over to a collection agency?        ☐Yes  ☒No
**Name of collection agency or law firm**
**Address**
**City**                                           **State**            **Zip**

---

**Name of Creditor** Navy Federal Credit
**Address** One Security Place, P.O. Box 152643
**City** Merrifield                                     **State** VA        **Zip** 22119
Total amount you owe on this debt $ 123.62        Account Number
Month and  year you originally obtained this debt or established credit October 2019
If this debt is for a credit card, what month and year did you last make a purchase? March 2020
What is this debt for?    ☐Medical  ☒Credit Card  ☐Loan  ☐Other
Who is financially responsible for this debt?    ☒Husband ☐Wife ☐Both ☐Other

Has this debt been turned over to a collection agency?        ☐Yes  ☒No
**Name of collection agency or law firm**
**Address**
**City**                                           **State**            **Zip**

# DEBT SHEET (5 OF 5)

- COPY MORE PAGES IF YOU HAVE MORE THAN 30 TOTAL DEBTS
- LIST <u>ALL</u> DEBTS, NOT JUST DEBTS YOU WANT TO LIST...EVEN LOANS FROM RELATIVES

---

**Name of Creditor** Commonwealth of Virginia Child Support Enforcement

**Address** 730 E. Broad Street, room 423

**City** Richmond                                **State** VA          **Zip** 23219

Total amount you owe on this debt $ 26837.00          Account Number _____

Month and year you originally obtained this debt or established credit _____

If this debt is for a credit card, what month and year did you last make a purchase? _____

What is this debt for?   ☐ Medical  ☐ Credit Card  ☐ Loan  ☑ Other child support

Who is financially responsible for this debt?   ☑ Husband  ☐ Wife  ☐ Both  ☐ Other_____

Has this debt been turned over to a collection agency?      ☐ Yes  ☑ No

**Name of collection agency or law firm** _____

**Address** _____

**City** _____      **State** _____  **Zip** _____

---

**Name of Creditor** Credit One Bank N.Aa

**Address** PO Box 1269

**City** Greenville                               **State** SC          **Zip** 29602

Total amount you owe on this debt $ 684.00          Account Number _____

Month and year you originally obtained this debt or established credit January 2018

If this debt is for a credit card, what month and year did you last make a purchase? January 2018

What is this debt for?   ☐ Medical  ☑ Credit Card  ☐ Loan  ☐ Other_____

Who is financially responsible for this debt?   ☑ Husband  ☐ Wife  ☐ Both  ☐ Other_____

Has this debt been turned over to a collection agency?      ☐ Yes  ☑ No

**Name of collection agency or law firm** Resurgent\LVNV Funding

**Address** PO Box 98875

**City** Las Vegas                                **State** NV          **Zip** 89193

---

**Name of Creditor** Charter Communications

**Address** PO Box 57547

**City** Jacksonville                             **State** FL          **Zip** 32241

Total amount you owe on this debt $ 744.00          Account Number _____

Month and year you originally obtained this debt or established credit 12\08\2017

If this debt is for a credit card, what month and year did you last make a purchase? _____

What is this debt for?   ☐ Medical  ☐ Credit Card  ☐ Loan  ☑ Other

Who is financially responsible for this debt?   ☑ Husband  ☐ Wife  ☐ Both  ☐ Other_____

Has this debt been turned over to a collection agency?      ☑ Yes  ☐ No

**Name of collection agency or law firm** Enhanced Recovery

**Address** 8014 Bayberry Road

**City** Jacksonville                             **State** FL          **Zip** 32256

## STATEMENT OF AFFAIRS (1 of 13)

The following pages contain extremely IMPORTANT QUESTIONS, many of which will be asked you again by the Trustee when you attend your first hearing. Please take your time and go through every question thoroughly and provide as much detail as possible to the questions you answer "yes" to.

**List the names of ALL spouses (past and present) that you have been married to, as well as the dates you were married to each spouse:**

Full Name  First Selene _____ Middle _____ Last Adams _____
Dates Married:   From April 6, 2006 ___ To July 15,2019 ___
Full Name  First _____ Middle _____ Last _____
Dates Married:   From _____ To _____
Full Name  First _____ Middle _____ Last _____
Dates Married:   From _____ To _____
Full Name  First _____ Middle _____ Last _____
Dates Married:   From _____ To _____

**Have you ever provided a notice to any governmental unit of a**
**Release of Hazardous Materials?**                                    ☐ Yes  ☒ No
If so, list the name and address of every site for which you have provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.
Name/Address of Site _____
Governmental Unit Notice Sent To _____
Date Notice Sent to Governmental Unit _____

**Do you share the ownership of any real property with another person, such as a co-tenancy or joint**
**tenancy? (This does not apply to your spouse.)**                    ☐ Yes  ☒ No
Name of Person _____

**Do you have a future interest in any real estate, such as putting money down on a property you have not**
**purchased yet?**                                                    ☐ Yes  ☒ No
If yes, provide details _____

**Do you own or are you buying a timeshare in a vacation property or resort?**     ☐ Yes  ☒ No
If yes, provide details _____

**Do you have a car, truck, motorcycle, boat or camper in your possession titled**
**in someone else's name?**                                           ☒ Yes  ☐ No
If yes,   Year 2003 ___ Make Jaguar _____ Model Xtype ___
Who/s name is the vehicle titled in? Nicholas Brown _____
Address 949 Scott Street _____
City Norfolk _____ State VA ___ Zip 23502 ___
What is this person's relationship to you? cousin _____
Why are you holding this property? car is not working _____

## STATEMENT OF AFFAIRS (2 of 13)

**Are you buying any of your furniture or appliances with installment payments?**          ☐Yes  ☑No

Description of Item(s)

1. _____ Yard Sale Value $_____
2. _____ Yard Sale Value $_____
3. _____ Yard Sale Value $_____

Name of company you make installment payments to _____

**\*\*\* MAKE CERTAIN TO LIST THESE DEBTS ON THE DEBT SHEETS \*\*\***


**Are you renting-to-own any of your furniture or appliances?**          ☐Yes  ☑No

Description of Item(s)

1. _____ Yard Sale Value $_____
2. _____ Yard Sale Value $_____
3. _____ Yard Sale Value $_____

Name of company you make installment payments to _____

**\*\*\* MAKE CERTAIN TO LIST THESE DEBTS ON THE DEBT SHEETS \*\*\***


**Have you gone to a loan company or bank and listed any of your furniture, appliances or personal possessions as security, at the time you obtained the loan?**          ☐Yes  ☑No

Description of Item(s)

1. _____ Yard Sale Value $_____
2. _____ Yard Sale Value $_____
3. _____ Yard Sale Value $_____

Name of company you make installment payments to _____

**\*\*\* MAKE CERTAIN TO LIST THESE DEBTS ON THE DEBT SHEETS \*\*\***


**Do you own or are you buying any tools or equipment that you use for your work?**          ☐Yes  ☑No

Description of Item(s)

1. _____ Yard Sale Value $_____
2. _____ Yard Sale Value $_____
3. _____ Yard Sale Value $_____

Name of company you make installment payments to _____

**\*\*\* MAKE CERTAIN TO LIST THESE DEBTS ON THE DEBT SHEETS \*\*\***


**Do you have any inventory (stock in trade) that could be sold for $200 or more in profit?**          ☐Yes  ☑No

Description of Item(s)

1. _____ Yard Sale Value $_____
2. _____ Yard Sale Value $_____
3. _____ Yard Sale Value $_____

Name of company you make installment payments to _____

**\*\*\* MAKE CERTAIN TO LIST THESE DEBTS ON THE DEBT SHEETS \*\*\***

# STATEMENT OF AFFAIRS (3 of 13)

**Are you buying any jewelry with installment payments?**                    ☐Yes  ☑No
Description of Item(s) AND Name and Mailing Address of Creditor

1. _____ Yard Sale Value $_____
2. _____ Yard Sale Value $_____
3. _____ Yard Sale Value $_____

Name and mailing address of company you make payments to _____
_____

Monthly Payments: $_____
Are the payments current? ☐Yes  ☐No     If not, how many months are behind? _____

*** MAKE CERTAIN TO LIST THESE DEBTS ON THE DEBT SHEETS ***

**Do you have any animals, livestock or pets you could sell for $200 or more?**          ☐Yes  ☑No
Description of Animal(s)_____
Value of the animals if you had to sell them _____

**Have you closed ANY checking, savings, or other ANY other type of financial account(s) (e.g., PayPal) within the past 12 months?**          ☐Yes  ☑No

Name of Bank where account was closed _____
Address of Branch _____
City _____ State_____ Zip_____
Type of Account: ☑Checking ☐Savings ☐401k ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Date Closed _____ Name on Account_____
Did you owe a balance when you closed this account?  ☐Yes  ☐No      Balance Owed $_____
If you did not owe a balance when you closed this account, how much money did you receive?  $_____

Name of Bank where account was closed _____
Address of Branch _____
City _____ State_____ Zip_____
Type of Account: ☐Checking ☑Savings ☐401k ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Date Closed _____ Name on Account_____
Did you owe a balance when you closed this account?  ☐Yes  ☑No      Balance Owed $_____
If you did not owe a balance when you closed this account, how much money did you receive?  $_____

Name of Bank where account was closed _____
Address of Branch _____
City _____ State_____ Zip_____
Type of Account: ☐Checking ☐Savings ☐401k ☐Other (list type) _____
Name(s) on Account _____
Account Number _____ Date Closed _____ Name on Account_____
Did you owe a balance when you closed this account?  ☐Yes  ☐No      Balance Owed $_____
If you did not owe a balance when you closed this account, how much money did you receive?  $_____

## STATEMENT OF AFFAIRS (4 of 13)

**Have you closed ANY checking, savings, or other ANY other type of financial account(s) (e.g., PayPal) within the past two (2) years? CONTINUED**  ☐Yes  ☑No

Name of Bank where account was closed_____
Address of Branch _____
City _____  State_____  Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____  Date Closed _____  Name on Account_____
Did you owe a balance when you closed this account?  ☐Yes  ☐No     Balance Owed $_____
If you did not owe a balance when you closed this account, how much money did you receive?  $_____

Name of Bank where account was closed _____
Address of Branch _____
City _____  State_____  Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____  Date Closed _____  Name on Account_____
Did you owe a balance when you closed this account?  ☐Yes  ☐No     Balance Owed $_____
If you did not owe a balance when you closed this account, how much money did you receive?  $_____

Name of Bank where account was closed_____
Address of Branch _____
City _____  State_____  Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____  Date Closed _____  Name on Account_____
Did you owe a balance when you closed this account?  ☐Yes  ☐No     Balance Owed $_____
If you did not owe a balance when you closed this account, how much money did you receive?  $_____

Name of Bank where account was closed_____
Address of Branch _____
City _____  State_____  Zip_____
Type of Account: ☐Checking  ☐Savings  ☐401k  ☐Other (list type) _____
Name(s) on Account _____
Account Number _____  Date Closed _____  Name on Account_____
Did you owe a balance when you closed this account?  ☐Yes  ☐No     Balance Owed $_____
If you did not owe a balance when you closed this account, how much money did you receive?  $_____

## STATEMENT OF AFFAIRS (5 of 13)

**Do you or have you rented a safe deposit box during the past two (2) years?**  ☐Yes  ☒No

Name of financial institution _____

Address of financial institution _____

City _____ State_____ Zip_____

What are the contents of the safe deposit box? _____

_____

What monthly amount do you pay for rental of this deposit box? (divide annual fee by 12 months) $_____

If you no longer have the safe deposit box, what date/year did you surrender it? _____

If you transferred the safe deposit box, who did you transfer it to? _____

**Do you have a Christmas Club Account or any other special purpose accounts?**  ☐Yes  ☒No

Name of financial institution _____

Address of financial institution _____

City _____ State_____ Zip_____

Type of Account_____ Account Number_____

Name(s) on Account _____ Current Balance $_____

**Do you currently have any security deposits being held by a utility company?**  ☐Yes  ☒No

If yes, what is the amount?$_____ Name of Utility Company _____

Address of utility company _____

City _____ State TN_____ Zip_____

Account Number _____ Current Balance $_____

** Remember to include any past-due utility bills that you owe from previous addresses on the Debt Sheets

**Do you have any life insurance?**  ☐Yes  ☒No

Name of insurance company _____

Address of insurance company _____

City _____ State_____ Zip_____

If a "whole life" or "universal life" policy, what is the current cash value? $_____

If your life insurance is only payable upon death, what is the face value of the policy?  $_____

Who is the beneficiary? _____ Relationship _____

** If you have other life insurance policies, please copy this page and fill in the information for each policy.

**Do you or your spouse participate in a retirement, 401k or pension plan?**  ☒Yes  ☐No

Type of pension plan (i.e., 401-K, PERS, etc.) 401k _____

Name of pension company_____

Address of pension company _____

City _____ State_____ Zip_____

When did you first enroll in this plan? _____ Current cash value $1415.03_____

** If you have other pension plans, please copy this page and fill in the information for each policy.

**STATEMENT OF AFFAIRS (6 of 13)**

**Have you setup your own separate retirement not provided by employer?**  ☐Yes  ☒No

Name of financial institution (if applicable) _____

Address of financial institution _____

City _____  State_____  Zip_____

Amount in this separate retirement account? $_____  Who is the beneficiary? _____

**Will you be receiving retirement benefits from a former employer within the next six months?** ☐Yes ☒No

Date you expect to start receiving retirement benefits _____

**Do you have any stocks, bonds (including savings bonds) or mutual funds?**  ☐Yes ☒No

Type of bond, stock, mutual fund _____

Does this bond, stock or mutual fund have a cash value? ☐Yes ☐No    Cash value $_____

**Do you have a cell phone?**  ☒Yes ☐No

Name of cell phone company  Sprint _____

Address of cell phone company _____

Account Number _____  Date contract began _____

Is this a month-to-month contract?  ☐Yes  ☒No

If not, what is the length of the contract?  ☒1 Year ☐2 Years ☐3 Years    Date contract began _____

What is the normal monthly contract payment? $183.50

Do you wish to keep the cell phone and continue paying the monthly contract?    ☐Yes ☒No

** If you have other cell phones, please copy this page and fill in the information for each phone.

**Do you live with a roommate/relative that pays part of your expenses?**  ☐Yes ☒No

Name of roommate or relative _____  Relationship? _____

What expenses do they pay? _____

_____

What is the total amount they contribute on a monthly basis to your living expenses? $_____

How long have they been paying this amount?  From _____  To _____

**Do relatives or other parties help to pay part or all of your monthly expenses?**  ☐Yes ☒No

Name of relatives providing additional support _____

Relationship of this relative to you _____

What is the total amount they contribute on a monthly basis to your living expenses? $_____

How long have they been paying this amount?  From _____  To _____

## STATEMENT OF AFFAIRS (7 of 13)

**Are you currently attending college?**                                    ☐ Yes   ☒ No

Name of college _____

Anticipated graduation date _____ Major of Study _____

**Do you have a student loan?**                                              ☐ Yes   ☒ No

Name of institution you will make payments to _____

Address _____

City _____ State_____ Zip_____

Date student loan first obtained? _____ Date payment is/was to begin _____

Total amount to pay off student loan $_____ Average monthly payment $_____

**Do you currently owe any fines? (includes parking tickets, moving violations, etc.)**   ☐ Yes   ☒ No

Name of court you owe fines to _____

Address _____

City _____ State_____ Zip_____

Date of occurrence _____ Amount owed $_____

Case number assigned by court _____ Name of party ☐ Husband  ☐ Wife  ☐ Other

**If you pay child support, are you currently behind in any payments?**      ☐ Yes   ☒ No

Name of person/agency you pay child support to _____

Address _____

City _____ State_____ Zip_____

What is the total amount you owe in back child support? _____

What date (or year) were you supposed to start paying child support? _____

What are the payment arrangements? _____

**Even if you never expect to collect any money,**

**does an ex-spouse owe you money for alimony or child support?**          ☐ Yes   ☒ No

Name of ex-spouse _____

Address of ex-spouse _____

City _____ State_____ Zip_____

Total amount he/she owes you $_____ Date he/she originally started owing you _____

Has this ex-spouse been court ordered to pay you?  ☐ Yes  ☐ No        Year of court order? _____

## STATEMENT OF AFFAIRS (8 of 13)

**Over the last year, have you, your children or your spouse been involved in
an accident where someone was hurt, for example, a car accident?**   ☐Yes  ☒No
Date accident occurred _____ Who was at fault? _____
Who was involved in the accident? _____
Was any insurance money received?  ☐ Yes  ☐ No    If yes, how much? $_____

**During the next six (6) months, do you expect to inherit anything?**   ☐Yes  ☒No
How much do you expect to inherit? $_____ Date expected _____
Reasons for inheritance _____

**During the next six (6) months, do you expect to recover on anyone's life insurance policy?**   ☐Yes  ☒No
How much do you expect to receive? $_____ Date expected _____
Reasons for receiving this money _____

**Do you expect to receive any money from any insurance claim,
for any reason, during the next six (6) months?**   ☐Yes  ☒No
How much do you expect to receive? $_____ Date expected _____
Reasons for receiving this money _____

**Are you the beneficiary of a trust fund?**   ☐Yes  ☒No
What is the amount of the trust fund? $_____ Name of trust fund owner _____
Relationship to you _____ When will you have access to this trust fund? _____

**Are you owed any back wages, commissions, or vacation pay
from your current or previous employer?**   ☐Yes  ☒No
Employer Name _____
Amount expected to receive $_____ Date expected _____
** Provide details about this amount owed you. (Feel free to use the back of this page if necessary)

**Is any of your property in the hands of a repairman, storage
company or pawnbroker?**   ☐Yes  ☒No
Name of Place Holding Your Property _____
Address _____
City _____ State_____ Zip_____

Description of Items and Yard Sale value:
1. _____ Yard Sale Value $_____
2. _____ Yard Sale Value $_____
3. _____ Yard Sale Value $_____

What is the total amount you need to pay in order to get these items released? _____

**In the near future, do you expect to settle, win or begin a case for personal injury?**   ☐ Yes   ☒ No
How much do you expect to receive?  $_____   Date you expect to receive this money? _____

Provide details about this personal injury claim _____
Name of attorney or law firm handling this claim? _____

**In the near future, do you expect to enter into any property settlement with a former spouse?**   ☐ Yes   ☒ No
List all items you expect to receive or turn over in the property settlement (including cash) _____
_____

What is the total market value (Yard Sale value) of these items? _____
When do you expect to receive this money or property? or _____
When do you expect to turn over this cash or property?_____

**Does anyone owe you any money for a judgment you have obtained against them?**   ☐ Yes   ☒ No
Name of party you filed a lawsuit on _____
Address _____
City _____   State_____   Zip_____

Date you filed this lawsuit? _____   Money amount awarded you in judgment  $_____

**Even if you never expect to collect, does anyone owe you**
**any money for any reason whatsoever?**   ☐ Yes   ☒ No
Name of person who owes you money _____
Address _____
City _____   State_____   Zip_____

Explain why they owe you money _____
Amount they owe you  $_____   Date they originally started owing you _____

**Have you made any payments on your loans or bills other than ordinary payments? In other words, have**
**you made catch-up payments, paid off, or borrowed money to pay on or off bills or loans?**   ☐ Yes   ☒ No
Name of creditor you paid _____

Date Paid _____   Amount Paid  $_____   Current Balance Due  $_____
Name of creditor you paid _____
Date Paid _____   Amount Paid  $_____   Current Balance Due $_____

# STATEMENT OF AFFAIRS (10 of 13)

**Are there any lawsuits pending against you now?**                                                 ☐Yes  ☒No
Name of party suing you (Plaintiff)? _____
Case Number _____ Date Lawsuit Filed _____

Type of Lawsuit From Court Pleading (Complaint, Summons, etc.) _____
Attorney for the Plaintiff (found on court pleading) _____
Address _____
City _____ State_____ Zip_____

Court when lawsuit was filed (at the top of the pleading) _____
Address _____
City _____ State_____ Zip_____
** If lawsuit is LESS THAN 1 YEAR OLD, please make a copy and include with these forms

**Have your wages or property been garnished or attached?**                                         ☒Yes  ☐No
Who garnished your wages or attached your property?  Jormandy LLC, Diane j. Manning, Esq. _____
When item did they repossess? (If car, provide the year, make, model)_____
How much money do they take from your paycheck? $250.00_____ How often is this deducted? weekly_____

**Have you returned any property to creditors or was any of your property repossessed from you, sold at
foreclosure, transferred through a deed or returned to a seller?**                                   ☐Yes  ☒No
What property did you turn over to a receiver? _____
When and where did this take place (month AND year)? _____
Name and Address of Creditor _____
Value of Property $_____

**Is any of your property in receivership or other legal custody?**                                 ☐Yes  ☒No
When did you file your receivership? _____
In what court was this done? _____

**Have you made any gifts to friends or relatives?**                                                ☐Yes  ☒No
What gifts or transfers have you made? _____
Who did you give the gift to? _____
What date/year did you make the gift? _____ What is the approximate value? $_____

**Have you transferred any money or property to family members or
friends or paid them any money on debts you might owe them?**                                       ☐Yes  ☒No
Type of property transferred _____
What date/year was it transferred?_____ What is the approximate value? $_____

## STATEMENT OF AFFAIRS (11 of 13)

**Have you had any unusual losses, such as fire, theft, gambling or otherwise?**   ☐ Yes  ☒ No
Type of loss? ☐ Fire   ☐ Theft   ☐ Gambling   ☐ Other _____
What item(s) or amount of money was lost? _____
What date/year was it lost? _____   Amount insurance paid? $_____

**Have you had any losses covered by insurance?**   ☐ Yes  ☒ No
Describe loss _____
Date/year of loss _____   Amount insurance paid? $_____

**Have you consulted with any other attorney about your financial affairs or
paid money to a debt counseling service?**   ☐ Yes  ☒ No
Name of attorney or service _____
Address _____
City _____   State _____   Zip _____
Consultation Date _____   Total paid for service $_____

**Have you filed any bankruptcy within the last eight (8) years?**   ☐ Yes  ☒ No
Did you file a Chapter 7, Chapter 13, or a Chapter 11? _____
Date your bankruptcy was filed? _____   City, State filed? _____
Name(s) of persons who filed? _____
Was the case discharged?   ☐ Yes   ☐ No   Case Number _____

**Is anyone holding any property that belongs to you?**   ☐ Yes  ☒ No
Item(s) in someone else's possession that belong to you? _____
_____
Name of person holding these items _____
Address _____
City _____   State _____   Zip _____

**Beside your current address, have you lived at any other
addresses within the past three (3) years?**   ☐ Yes  ☒ No
Previous Address lived at _____
City _____   State _____   Zip _____
Time period lived at this address: From (date/year) _____   To (date/year) _____
Name(s) of parties who lived at this address _____

Previous Address lived at _____
City _____   State _____   Zip _____
Time period lived at this address: From (date/year) _____   To (date/year) _____
Name(s) of parties who lived at this address _____

# STATEMENT OF AFFAIRS (12 of 13)

Previous Addresses lived at (last three years) _____

City _____   State_____   Zip_____

Time period lived at this address: From (date/year) _____ To (date/year)_____

Name(s) of parties who lived at this address _____

Previous Addresses lived at (last three years) _____

City _____   State_____   Zip_____

Time period lived at this address: From (date/year) _____ To (date/year)_____

Name(s) of parties who lived at this address _____

Previous Addresses lived at (last three years) _____

City _____   State_____   Zip_____

Time period lived at this address: From (date/year) _____ To (date/year)_____

Name(s) of parties who lived at this address _____

Previous Addresses lived at (last three years) _____

City _____   State_____   Zip_____

Time period lived at this address: From (date/year) _____ To (date/year)_____

Name(s) of parties who lived at this address _____

What is the amount of the TAX REFUND you received this year? $ _____

☐ I did not file taxes    ☐ I had to pay taxes and did not receive a refund

**During the past two (2) years, have either you or your spouse had any other income source outside normal pay from your employer? (includes ebay, website, flea market dealers, etc.)**    ☐ Yes   ☒ No

**Have you been self-employed or had any financial interest in any business (or been involved in a partnership with someone who owned a business within the past eight (6) years?**    ☒ Yes   ☐ No

Name of business A1 Concrete and Waterproofing _____

Business Address 1917 Glenwilton Dr., Richmond, VA 23223 _____

Employer Identification Number (EIN) of business (or Social Security Number if no EIN) 82-1354038 _____

Type of business (what type of products were/are sold)? concrete construction _____

Date business began June 2016 _____ Date business ended (if still operating, list "Present") September 2017

What were your net profits for this year?  $ 0 _____   Last Year? $ 0 _____   2 Years ago $ 0 _____

How much income tax do you pay from the income you make with your business? $ 0 _____

Income this year  $ 0 _____   Last year $ 0 _____   2 Yrs Ago $ 0 _____

# STATEMENT OF AFFAIRS (13 of 13)

Bookkeepers and accountants within two (2) years prior this filing n\a

---

Firms or individuals who have audited the books within two (2) years prior to this filing n\a

---

Firms or individuals possessing books of account and records at the time of this filing n\a

---

List financial institutions, creditors and other parties a financial statement was issued two (2) years prior to this filing
n\a

---

Dates of the last two inventories taken, name of supervisor, value of inventory, and names of persons with records
n\a

---

If a partnership, list the nature and percentage of partnership interest of each member of the partnership
n\a

---

If a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation
n\a

---

If a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case
n\a

If a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case
n\a

---

If a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case
n\a

If a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case
n\a

---

If a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case
n\a

---

If filer is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case
n\a

---

By signing below, I state that all the information provided in these Client Intake Forms are true, accurate and complete to the best of my (our) knowledge.

_____          _____
Signature of Debtor #1                                           Signature of Debtor #2


Date_____          Date_____